**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Advance Specialty Care, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | ASC, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-0305644 |
| 4. | Debtor's address | **Principal place of business**<br><br>3470 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90010<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: |

Debtor **Advance Specialty Care, LLC** _____ Case number _(if known)_ _____
     Name

7. **Describe debtor's business**   A. _Check one:_

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. _Check all that apply_

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.naics.com/search/.

      _____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**   _Check one:_

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. _Check all that apply:_

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No

   ☐ Yes.

   List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

Debtor  **Advance Specialty Care, LLC**_____    Case number *(if known)*_____
        Name

| 11. | Why is the case filed in this district? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Advance Specialty Care, LLC**                                      Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/19/16
             MM / DD / YYYY

X _____           **Moises L. Simbulan**
Signature of authorized representative of debtor    Printed name

Title  **Chief Financial Officer**

---

**18. Signature of attorney**

X _____           Date  **3.19.16**
Signature of attorney for debtor                  MM / DD / YYYY

**Raymond H. Aver**
Printed name

**Law Offices of Raymond H. Aver, A Professional Corporation**
Firm name

**1950 Sawtelle Boulevard
Suite 120
Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 571-3511**    Email address  **ray@averlaw.com**

**109577**
Bar number and State

# United States Bankruptcy Court
## Central District of California

In re  **Advance Specialty Care, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Felina D. Simbulan**<br>2633 South Averill Avenue<br>San Pedro, CA 90731-5630 | **Chief Executive Officer** | | 50% |
| **Moises L. Simbulan**<br>2633 South Averill Avenue<br>San Pedro, CA 90731-5630 | **Chief Financial Officer** | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  3/19/16

Signature  *[signature]*  
**Moises L. Simbulan, Chief Financial Officer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Advance Specialty Care, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlas General Insurance Services 4365 Executive Drive, Suite 400 San Diego, CA 92121 | Natalia A. Minassian, Esquire nminassian@hatkofflaw.com (818) 990-5180 | Worker's compensation insurance premiums | Disputed | | | $233,092.00 |
| Fernando and Joan Camacho 17402 Dove Willow Street Canyon Country, CA 91387 | Fernando Camacho fernandocamachojr@gmail.com (818) 554-3760 | Loans | | | | $96,000.00 |
| Mariano A. Alvarez, Esquire Law Offices of Mariano A. Alvarez Hanmi Bank Building 3660 Wilshire Boulevard, Suite 1140 Los Angeles, CA 90010 | Mariano A. Alvarez, Esquire attyalvarez@yahoo.com (213) 388-1818 | Legal fees | | | | $20,000.00 |
| Moises L. Simbulan and Felina D. Simbulan 2633 South Averill Avenue San Pedro, CA 90731 | Moises L. Simbulan mlsimbulan@yahoo.com (626) 315-8974 | Loans from shareholders | | | | $260,000.00 |
| S&D Management, Inc. 3470 Wilshire Boulevard, Suite 613 Los Angeles, CA 90010 | Moises L. Simbulan mlsimbulan@yahoo.com (626) 315-8974 | Services rendered | | | | $60,000.00 |

Debtor **Advance Specialty Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Serenity Care Services, Inc.<br>3470 Wilshire Boulevard, Suite 606<br>Los Angeles, CA 90010 | Joan Camacho<br><br>joancamacho@att.net<br>(213) 739-1171 | Care giving services | | | | $34,000.00 |
| State Compensation Insurance Fund<br>P.O. Box 8192<br>Pleasanton, CA 94588 | Kenneth J. Freed, Esquire<br><br>kfreed@kjfesq.com<br>(818) 990-0888 | Worker's compensation insurance premiums | Disputed | | | $118,246.65 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Advance Specialty Care, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/19/16     X _____
Signature of individual signing on behalf of debtor

**Moises L. Simbulan**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Raymond H. Aver - SBN 109577<br>1950 Sawtelle Boulevard<br>Suite 120<br>Los Angeles, California 90025<br>Tel.: (310) 571-3511<br>email: ray@averlaw.com | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>■ Attorneys for Debtor: Advance Specialty Care, LLC | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ADVANCE SPECIALTY CARE, LLC,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __3/19/16__

Signature of Debtor 1
MOISES L. SIMBULAN, Chief Financial Officer

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                               **F 1007-1.MAILING.LIST.VERIFICATION**

Advance Specialty Care, LLC
3470 Wilshire Boulevard, Suite 600
Los Angeles, CA 90010


Raymond H. Aver
Law Offices of Raymond H. Aver, A Professional Corporation
1950 Sawtelle Boulevard
Suite 120
Los Angeles, CA 90025


Atlas General Insurance Services
4365 Executive Drive, Suite 400
San Diego, CA 92121


Atlas General Insurance Services
c/o Hatkoff & Minassian
A Law Corproation
18757 Burbank Boulevard, Suite 100
Tarzana, CA 91356


Central Plaza, LLC
3450 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010


Creditors Adjustment Bureau, Inc.
c/o Law Offices of Kenneth J. Freed
14226 Ventura Boulevard
P.O. Box 5914
Sherman Oaks, CA 91413


Creditors Adjustment Bureau, Inc.
14226 Ventura Boulevard
Sherman Oaks, CA 91423


Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
P.O. Box 826276
Sacramento, CA 94230-6276


Fernando and Joan Camacho
17402 Dove Willow Street
Canyon Country, CA 91387


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
611 West 6th Street, 4th Floor
Group 19, Mail Stop: 5501
Los Angeles, CA 90017-3127


Internal Revenue Services
P.O. Box 21126
Philadelphia, PA 19144


Internal Revenue Services
300 North Los Angeles Street
Stop 5027
Los Angeles, CA 90012


Jonathan Neil & Associates, Inc.
Commercial Collections
18321 Ventura Boulevard, Suite 1000
Tarzana, CA 91356

Longo Toyota
3534 North Peck Road
El Monte, CA 91731


Mariano A. Alvarez, Esquire
Law Offices of Mariano A. Alvarez
Hanmi Bank Building
3660 Wilshire Boulevard, Suite 1140
Los Angeles, CA 90010


Moises L. Simbulan and
Felina D. Simbulan
2633 South Averill Avenue
San Pedro, CA 90731


Perfect Copy Products, Inc.
5914 Kester Avenue
Van Nuys, CA 91411


S&D Management, Inc.
3470 Wilshire Boulevard, Suite 613
Los Angeles, CA 90010


Serenity Care Services, Inc.
3470 Wilshire Boulevard, Suite 606
Los Angeles, CA 90010


State Compensation Insurance Fund
P.O. Box 8192
Pleasanton, CA 94588